# United States Bankruptcy Court
## District of Delaware

| | | |
|---|---|---|
| In re: YELLOW CORPORATION, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Case No.: 23-11069 (CTG) |
| | ) | |
| Yellow Corporation, | ) | (Jointly Administered) |
| Plaintiff, | ) | |
| v. | ) | Adv. Proc. No.: 25-51728 |
| | ) | |
| Raja Transport Inc; and England Carrier Services, LLC, | ) | |
| Defendants. | ) | |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> Address of Clerk:
> 824 Market Street, 3rd Floor
> Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney: | Name and Address of Plaintiff's Attorney: |
|---|---|
| **Primary Counsel:** | **Co-Counsel:** |
| Joseph L. Steinfeld, Jr., DC SBN 297101 | Laura Davis Jones (DE Bar No. 2436) |
| MN SBN 0266292, VA SBN 18666 | Timothy P. Cairns (DE Bar No. 4228) |
| Anastasia Kazmina, MN SBN 0398419 | Peter J. Keane (DE Bar No. 5503) |
| ASK LLP | Edward Corma (DE Bar No. 6718) |
| 2600 Eagan Woods Drive, Suite 400 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| St. Paul, MN 55121 | 919 North Market Street, 17th Floor |
| **Telephone:** 651-289-3854 | P.O. Box 8705 |
| **Fax:** (651) 406-9676 | Wilmington, Delaware 19801 |
| **E-Mail:** akazmina@askllp.com | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email: ljones@pszjlaw.com |
| | tcairns@pszjlaw.com |
| | pkeane@pszjlaw.com |
| | ecorma@pszjlaw.com |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address: | Room: Courtroom No. 7 |
|---|---|
| 824 North Market Street | Floor: 3rd Floor |
| Wilmington, DE 19801 | Date and Time: October 6, 2025 @ 10:00am EST |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

United States Bankruptcy
Court for the District
of Delaware

Date: August 26, 2025

*/s/ Stephen L. Grant, Sr.*
*Clerk of the Bankruptcy Court*