# United States Bankruptcy Court
## District of Delaware

| | | |
|---|---|---|
| In re: YELLOW CORPORATION, et al., | ) ) | Chapter 11 |
| Debtors. | ) ) ) | Case No.: 23-11069 (CTG) |
| Yellow Corporation, Plaintiff, v. Raja Transport Inc; and England Carrier Services, LLC, Defendants. | ) ) ) ) ) ) ) ) | (Jointly Administered) Adv. Proc. No.: 25-51728 |

## ALIAS SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> Address of Clerk:
> 824 Market Street, 3rd Floor
> Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney: **Primary Counsel:** Joseph L. Steinfeld, Jr., DC SBN 297101 MN SBN 0266292, VA SBN 18666 Anastasia Kazmina, MN SBN 0398419 ASK LLP 2600 Eagan Woods Drive, Suite 400 St. Paul, MN 55121 **Telephone:** 651-289-3854 **Fax:** (651) 406-9676 **E-Mail:** akazmina@askllp.com | Name and Address of Plaintiff's Attorney: **Co-Counsel:** Laura Davis Jones (DE Bar No. 2436) Timothy P. Cairns (DE Bar No. 4228) Peter J. Keane (DE Bar No. 5503) Edward Corma (DE Bar No. 6718) **PACHULSKI STANG ZIEHL & JONES LLP** 919 North Market Street, 17th Floor P.O. Box 8705 Wilmington, Delaware 19801 Telephone: (302) 652-4100 Facsimile: (302) 652-4400 Email: ljones@pszjlaw.com tcairns@pszjlaw.com pkeane@pszjlaw.com ecorma@pszjlaw.com |
|---|---|

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

> Address:                              Room: Courtroom No. 7
> 824 North Market Street      Floor: 3rd Floor
> Wilmington, DE 19801        Date and Time: November 12, 2025 @ 10:00am EST

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

United States Bankruptcy
 Court for the District
  of Delaware                                                        /s/ Stephen L. Grant, Sr.
                                                                              *Clerk of the Bankruptcy Court*

Date: __September 16, 2025__